**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division - Greenbelt)**

| | |
|---|---|
| RAFAEL S. MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 8:13-cv-01077 (PWG) |
| | ) |
| MONTGOMERY COUNTY, MARYLAND, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS**
**AMENDED COMPLAINT OUT OF TIME, *NUNC PRO TUNC***

**COMES NOW** the Plaintiff Rafael S. Mason, by and through his undersigned counsel, and hereby respectfully requests leave to file his Amended Complaint, *nunc pro tunc*, to January 13, 2014. The Amended Complaint is being filed simultaneously herewith. The record demonstrates that Plaintiff has diligently and vigorously litigated his claims. The failure to file his Amended Complaint was due to excusable neglect.

Leave is requested because counsel inadvertently missed the deadline. Counsel has an electronic and hard copy calendar containing all due dates. The deadline for file his Amended Complaint was accidentally calendared for January 14, 2014 instead of January 13, 2014. Defendant has not been prejudiced by the one-day delay given that this matter is in the early stages of litigation.

Counsel left a message for opposing counsel about the relief requested in this Motion, but was unable to reach her before filing this Motion. Plaintiff will notify the Court of Defendant's position when it is received.

A proposed order is attached.

Respectfully submitted,

By: _/s/ *Donna Williams Rucker*_____
DONNA WILLIAMS RUCKER
(MD Bar No. 04180)
RUCKER, BROWN & HENRY, P.C.
888 Sixteenth Street, N.W., Suite 800
Washington, DC 20006
Office: (202) 349-9830
Facsimile: (202) 355-1399
Email: drucker@ruckerlawpc.com

January 14, 2014

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of January 2014, the foregoing Motion for Leave to File His Amended Complaint Out of Time, *Nunc Pro Tunc* was served via the Court's electronic service (CM/ECF) upon counsel for the Defendant as follows:

Patricia P. Via, Chief
Division of Litigation
101 Monroe Street, Third Floor
Rockville, MD 20850
Office: 240-777-6700
Facsimile: 240-777-6706
Email: patricia.via@montgomerycountymd.gov

Silvia Kinch, Associate County Attorney
101 Monroe Street, Third Floor
Rockville, MD 20850
Office: 240-777-6700
Facsimile: 240-777-6706
Email: silvia.kinch@montgomerycountymd.gov

_/s/ *Donna Williams Rucker*_____
DONNA WILLIAMS RUCKER